**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Leland Neal, | ) No. CIV 07-8025-PCT-SMM |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| State of Arizona, et al., | ) |
| Defendants. | ) |

Pending before the Court is a Motion for an Immediate Ex Parte Hearing on Plaintiff's Motion for Temporary Restraining Order filed by Plaintiff Richard Leland Neal ("Plaintiff"). (Dkt. 17) The Court will deny Plaintiff's request since his Motion for Temporary Restraining and Motion for Immediate Hearing on the Temporary Restraining Order were previously denied by an Order dated June 25, 2007. (Dkt. 9) Moreover, Plaintiff has already filed an Objection to the Court's June 25th Order, which was liberally construed as a Motion to Reconsider and denied by an Order dated July 11, 2007. (Dkt. 15) Plaintiff's most recent filing only serves to delay this matter further by forcing the Court to divert its valuable resources on matters that have been previously been considered and denied.

//

//

//

//

1    Accordingly,

2    **IT IS HEREBY ORDERED DENYING** Plaintiff's Motion for an Immediate Ex Parte

3    Hearing on Plaintiff's Motion for Temporary Restraining Order. (Dkt. 17)

4    DATED this 2nd day of August, 2007.

5

6

7

8                              Stephen M. McNamee
                               United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28