**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Leland Neal, ) | No. CV 07-8025-PCT- SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| State of Arizona, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court are Plaintiff's Response to Defendant's Motion to Set Aside Plaintiff's Application for Entry of Default Judgment (Dkt. 49), and Plaintiff's Motion for Leave to Amend Plaintiff's Objection to and Response to State Defendant's Motion to Dismiss (Dkt. 50). Plaintiff has also lodged an Amended Objection to and Response to Defendant's Motion to Dismiss (Dkt. 51). In light of the Court's Amended Order dated September 14, 2007, dismissing the action without prejudice for lack of jurisdiction (Dkt. 48), the Court finds these motions to be moot.

Accordingly,

**IT IS ORDERED DENYING AS MOOT** Plaintiff's Response to Defendant's Motion to Set Aside Plaintiff's Application for Entry of Default Judgment, and

**IT IS ORDERED DENYING AS MOOT** Plaintiff's Motion for Leave to Amend Plaintiff's Objection to and Response to State Defendant's Motion to Dismiss**.**

//

//

1   **IT IS FURTHER ORDERED STRIKING AS MOOT** Plaintiff's Amended
2   Objection to and Response to Defendant's Motion to Dismiss.
3   DATED this 18th day of September, 2007.

Stephen M. McNamee
United States District Judge