**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Leland Neal, ) | No. CV 07-8025-PCT- SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| State of Arizona, et al., ) | |
| Defendants. ) | |

Pending before the Court are Defendants' Motion to Dismiss (Dkt. 23), Motion to Strike Plaintiff's Response to Affirmative Defenses (Dkt. 25), Motion to Set Aside Application for Entry of Default (Dkt. 31), Motion to Dismiss for Lack of Jurisdiction (Dkt. 32), second Motion to Set Aside Application for Entry of Default (Dkt. 38), and final Motion to Set Aside Application for Entry of Default (Dkt. 44). In light of the Court's Amended Order dated September 14, 2007, dismissing the action without prejudice for lack of jurisdiction (Dkt. 48), the Court finds these motions to be moot.

Accordingly,

**IT IS ORDERED DENYING AS MOOT** Defendant Tom Sheahan's Motion to Dismiss (Dkt. 23), and

**IT IS ORDERED DENYING AS MOOT** Defendants City of Kingman and Robert Devries' Motion to Strike Plaintiff's Response to Affirmative Defenses (Dkt. 25), and

**IT IS ORDERED DENYING AS MOOT** Defendants State of Arizona, Roger Vanderpool, Victor M. Mendiz, and Gale Garriott's Motion to Set Aside (Dkt. 31), and

**IT IS ORDERED DENYING AS MOOT** Defendants State of Arizona, Roger Vanderpool, Victor M. Mendiz, and Gale Garriott's Motion to Dismiss (Dkt. 32), and

**IT IS ORDERED DENYING AS MOOT** Defendant Tom Sheahan's Motion to Set Aside (Dkt. 38), and

**IT IS ORDERED DENYING AS MOOT** Defendants City of Kingman, Robert Devries, and Rochelle Silva's Motion to Set Aside (Dkt. 44).

DATED this 14th day of December, 2007.

Stephen M. McNamee
United States District Judge